IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JUAN COLON CASTILLO                         CASE NO.:10-03664

   DEBTOR                                      CHAPTER 7

### STATEMENT OF NON-DISCHARGEABLE DEBTS

I (we), JUAN COLON CASTILLO hereby certify under penalty of perjury that:

      I have ___             have no X

Non-dischargeable debt(s).

$ _____ IRS

$ _____ Income Tax (P.R.)

$ _____ Child Support

$ _____ Fed. Student Loans

Date: 1/MAYO/10

/S/ JUAN COLON CASTILLO
    DEBTOR                                     JOINT DEBTOR